[No. 4370–1. Division One. October 10, 1977.]

ROBERT LEE WAITS, *Appellant,* v. THE DEPARTMENT
OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 34978, Walter J. Deierlein, Jr., J., entered
December 1, 1975. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Farris, C.J., and Williams, J.

[No. 2475–3. Division Three. October 10, 1977.]

*In the Matter of the Personal Restraint of*
GARY RICHARD KONKEL, *Petitioner.*

Appeal from judgments of the Superior Court for
Spokane County, Nos. 21851, 25285, John J. Lally, J.,
entered March 16, 1977. *Dismissed* by unpublished per
curiam opinion.

[No. 2544–2. Division Two. October 13, 1977.]

DORIS K. INGRAM, *Appellant,* v. SEATTLE–FIRST
NATIONAL BANK, *as Executor, Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 239521, Waldo F. Stone, J., entered August 31,
1976. *Affirmed as modified* by unpublished opinion per
Reed, J., concurred in by Pearson, C.J., and Petrie, J.